**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MEARS, DAVID GEORGE | § | Case No. 10-16088 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 12, 2010. The undersigned trustee was appointed on April 06, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         470,222.09

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4,674.88 |
   | Bank service fees | 8,121.60 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 457,425.61 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/10/2011 and the deadline for filing governmental claims was 10/09/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,761.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $26,761.10, for a total compensation of $26,761.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $628.36, for total expenses of $628.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2012            By:/s/CHARLES J. MYLER
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 11/02/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1/2 interest in 300 acres Ogle County,<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 600,000.00 | 525,000.00 | | 406,539.50 | FA |
| 2 | 1/2 Interest in 4 acres in Wayne,<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200,000.00 | 200,000.00 | DA | 0.00 | FA |
| 3 | 33W741 Mare Barn Lane, Wayne, Ill. 60184<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,800,000.00 | 2,785,000.00 | DA | 0.00 | FA |
| 4 | 150 W. Grand Ave., Elmhurst, Ill.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,500,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank St. Charles, Ill.<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 5 bedrooms, living room, dining room, family roo<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 3,600.00 | 1,600.00 | DA | 0.00 | FA |
| 7 | Steinway Grand Piano<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 8 | Wedding ring<br>    Orig. Asset Memo: Imported from Amended Doc#: | 800.00 | 800.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088　　　　　　　　　　　　　　**Trustee:**　　(330510)　CHARLES J. MYLER
**Case Name:**　MEARS, DAVID GEORGE　　　　　　**Filed (f) or Converted (c):** 04/05/11 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　05/09/11
**Period Ending:** 11/02/12　　　　　　　　　　　　　**Claims Bar Date:**　08/10/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | | | | | |
| 9 | 7 jade sculptures  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 100,000.00 | 100,000.00 | | 620.25 | FA |
| 10 | Personal clothing  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 350.00 | 0.00 | DA | 0.00 | FA |
| 11 | Guns  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 25,000.00 | 25,000.00 | | 3,059.34 | FA |
| 12 | 10% ownership interest in Elmhurst Lincoln Mercu  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Mercury  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 11/02/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 14 | 100% ownership interest in Bright Ikeasing<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Elmhurst Lincoln Mercury<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 3,000,000.00 | 3,000,000.00 | DA | 0.00 | FA |
| 16 | Beneficial Interest in Upland Hunt Club, Ogle Co<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 17 | 10% ownership interest in Lincoln Mercury Franch<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1941 Lincoln<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 19 | 1941 Lincoln<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 75,000.00 | 75,000.00 |  | 60,000.00 | FA |
| 20 | 1983 Lincoln<br>  Orig. Asset Memo: Imported from Amended Doc#: | 3,000.00 | 3,000.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 11/02/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor |  |  |  |  |  |
| 21 | 1989 Ford Scorpio<br>    Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 3,000.00 | 3,000.00 |  | 1.00 | FA |
| 22 | 1979 Ford Pickup<br>    Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 600.00 | 600.00 |  | 1.00 | FA |
| 23 | 1986 Ford van<br>    Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 1,500.00 | 1,500.00 |  | 1.00 | FA |
| 24 | International Cub Tractor<br>    Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000 | 500.00 | 500.00 | DA | 0.00 | FA |
| 24 | **Assets   Totals** (Excluding unknown values) | **$10,324,350.00** | **$6,730,000.00** |  | **$470,222.09** | **$0.00** |

Exhibit A

Page: 5

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 11/02/12

**Trustee:**   (330510)   CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br><u>Abandoned</u><br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Final report mailed to US Trustee 9/25/12

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011        **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Taxpayer ID #:** **-***3011  
**Period Ending:** 11/02/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/12 | {1} | Chicago Title & Trust Co. | Sale of Ogle County property | 1110-000 | 406,539.50 | | 406,539.50 |
| 02/20/12 | 1001 | ARC Appraisals | Appraisal of Ogle County property | 3711-000 | | 1,200.00 | 405,339.50 |
| 02/23/12 | {19} | Friendly Ford, Inc. | Sale of 1941 Lincoln | 1129-000 | 60,000.00 | | 465,339.50 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 396.88 | 464,942.62 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 952.74 | 463,989.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 919.10 | 463,070.78 |
| 05/21/12 | | Almburg Auctioneering & Appraisal Inc | Proceeds of auction sales of 3 vehicles and gun collection | | 3,062.34 | | 466,133.12 |
| | {21} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {22} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {23} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {11} | | 3,059.34 | 1129-000 | | | 466,133.12 |
| 05/21/12 | 1002 | Almburg Auctioneering & Appraisal Inc. | Expenses in sale of 1941 Lincoln | 3620-000 | | 3,474.88 | 462,658.24 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,044.39 | 461,613.85 |
| 06/27/12 | {9} | Bunte Auction Services, Inc. | Sale of 2 lots of jade collection | 1129-000 | 456.25 | | 462,070.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 914.43 | 461,155.67 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,007.99 | 460,147.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 974.35 | 459,173.33 |
| 09/17/12 | {9} | Almburg Auctioneering & Advertising, Inc. | Sale of remaining jade | 1129-000 | 164.00 | | 459,337.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 878.31 | 458,459.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,033.41 | 457,425.61 |
| | | | **ACCOUNT TOTALS** | | 470,222.09 | 12,796.48 | **$457,425.61** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 470,222.09 | 12,796.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$470,222.09** | **$12,796.48** | |

{} Asset reference(s)

Printed: 11/02/2012 10:26 AM    V.13.04

Case 10-16088    Doc 149    Filed 11/02/12    Entered 11/02/12 10:38:49    Desc Main
Document      Page 9 of 14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 10-16088 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | MEARS, DAVID GEORGE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******30-65 - Checking Account |
| **Taxpayer ID #:** | **-***3011 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/02/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    470,222.09
―――――――――
Net Estate :    $470,222.09

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******30-65** | **470,222.09** | **12,796.48** | **457,425.61** |
| | **$470,222.09** | **$12,796.48** | **$457,425.61** |

{} Asset reference(s)                                                                                           Printed: 11/02/2012 10:26 AM    V.13.04

# Claims Proposed Distribution

## Case:  10-16088    MEARS, DAVID GEORGE

**Case Balance:** $457,425.61    **Total Proposed Payment:** $459,337.33    **Remaining Balance:** $-1,911.72

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 6S-2 | MB Financial Bank, N.A., as successor-in-interest | Secured | 3,100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 459,337.33 |
| NOTFILED | Community Bank of Wheaton | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 459,337.33 |
| 9 | US Trustee | Admin Ch. 11 | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 | 458,687.33 |
| | <6990-00   Other Prior Chapter Administrative Expenses> | | | | | | | |
| | **Claim Memo:**   Unpaid quarterly fee assessments | | | | | | | |
| 10 | Springer, Brown, Covey, Gaertner & Davis | Admin Ch. 11 | 44,163.50 | 44,163.50 | 0.00 | 44,163.50 | 44,163.50 | 414,523.83 |
| | <6210-16   Attorney for D-I-P Fees (Chapter 11)> | | | | | | | |
| | CHARLES J. MYLER | Admin Ch. 7 | 26,761.10 | 26,761.10 | 0.00 | 26,761.10 | 26,761.10 | 387,762.73 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | Charles J. Myler | Admin Ch. 7 | 628.36 | 628.36 | 0.00 | 628.36 | 628.36 | 387,134.37 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | Michael P. Kelleher | Admin Ch. 7 | 1,755.00 | 1,755.00 | 0.00 | 1,755.00 | 1,755.00 | 385,379.37 |
| | <3210-60   Special Counsel for Trustee Fees> | | | | | | | |
| | Myler, Ruddy & McTavish | Admin Ch. 7 | 25,350.00 | 25,350.00 | 0.00 | 25,350.00 | 25,350.00 | 360,029.37 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Springer, Brown, Covey, Gaertner & Davis | Admin Ch. 11 | 741.44 | 741.44 | 0.00 | 741.44 | 741.44 | 359,287.93 |
| | <6220-17   Attorney for D-I-P Expenses (Chapter 11)> | | | | | | | |
| 4 -2 | IRS | Secured | 158,061.52 | 158,061.52 | 0.00 | 158,061.52 | 157,493.60 | 201,794.33 |
| 8S | Illinois Department of Revenue | Secured | 202,522.00 | 202,522.00 | 0.00 | 202,522.00 | 201,794.33 | 0.00 |
| 8P | Illinois Department of Revenue | Priority | 78,008.39 | 78,008.39 | 0.00 | 78,008.39 | 0.00 | 0.00 |
| 4-2A | Internal Revenue Service | Priority | 566,019.71 | 566,019.71 | 0.00 | 566,019.71 | 0.00 | 0.00 |
| 1 | Edward Joseph Buivis, III | Unsecured | 40,969.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | Midwest Bank and Trust | Unsecured | 83,734.47 | 83,734.47 | 0.00 | 83,734.47 | 0.00 | 0.00 |
| 3 | National Capital Management, LLC. | Unsecured | 14,995.21 | 14,995.21 | 0.00 | 14,995.21 | 0.00 | 0.00 |
| 5 | Asset Acceptance, LLC | Unsecured | 98.89 | 98.89 | 0.00 | 98.89 | 0.00 | 0.00 |
| 6U-2 | MB Financial Bank, N.A., as successor-in-interest | Unsecured | 755,593.69 | 755,593.69 | 0.00 | 755,593.69 | 0.00 | 0.00 |
| 7 | Ford Motor Credit | Unsecured | 1,829,161.32 | 1,829,161.32 | 0.00 | 1,829,161.32 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | Unsecured | 11,075.33 | 11,075.33 | 0.00 | 11,075.33 | 0.00 | 0.00 |
| 11 | Automobile Mechanics Local 701 Pension Fund | Unsecured | 1,078,813.00 | 1,078,813.00 | 0.00 | 1,078,813.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case:  10-16088   MEARS, DAVID GEORGE

| **Case Balance:** | $457,425.61 | **Total Proposed Payment:** | $459,337.33 | **Remaining Balance:** | $-1,911.72 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 12 | Edward Joseph Buivis, III | Unsecured | 36,901.67 | 36,901.67 | 0.00 | 36,901.67 | 0.00 | 0.00 |
| NOTFILED | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 10-16088 :** | | **$8,056,004.08** | **$4,915,034.60** | **$0.00** | **$4,915,034.60** | **$459,337.33** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $100,049.40 | $100,049.40 | $0.00 | $100,049.40 | 100.000000% |
| **Total Priority Claims :** | $644,028.10 | $644,028.10 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $3,460,583.52 | $360,583.52 | $0.00 | $359,287.93 | 99.640696% |
| **Total Unsecured Claims :** | $3,851,343.06 | $3,810,373.58 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-16088
Case Name: MEARS, DAVID GEORGE
Trustee Name: CHARLES J. MYLER

**Balance on hand:** $ 457,425.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 -2 | IRS | 158,061.52 | 158,061.52 | 0.00 | 157,493.60 |
| 6S-2 | MB Financial Bank, N.A., as successor-in-interest | 3,100,000.00 | 0.00 | 0.00 | 0.00 |
| 8S | Illinois Department of Revenue | 202,522.00 | 202,522.00 | 0.00 | 201,794.33 |

Total to be paid to secured creditors: $ 359,287.93
Remaining balance: $ 98,137.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 26,761.10 | 0.00 | 26,761.10 |
| Trustee, Expenses - Charles J. Myler | 628.36 | 0.00 | 628.36 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 25,350.00 | 0.00 | 25,350.00 |
| Other Fees: Michael P. Kelleher | 1,755.00 | 0.00 | 1,755.00 |

Total to be paid for chapter 7 administration expenses: $ 54,494.46
Remaining balance: $ 43,643.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Springer, Brown, Covey, Gaertner & Davis | 44,163.50 | 0.00 | 44,163.50 |
| Attorney for D-I-P Expenses - Springer, Brown, Covey, Gaertner & Davis | 741.44 | 0.00 | 741.44 |
| Other Expenses: US Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for prior chapter administrative expenses: $ 45,554.94
Remaining balance: $ -1,911.72

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $644,028.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8P | Illinois Department of Revenue | 78,008.39 | 0.00 | 0.00 |
| 4-2A | Internal Revenue Service | 566,019.71 | 0.00 | 0.00 |

|  |  |
|---:|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ -1,911.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,810,373.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Edward Joseph Buivis, III | 0.00 | 0.00 | 0.00 |
| 2 | Midwest Bank and Trust | 83,734.47 | 0.00 | 0.00 |
| 3 | National Capital Management, LLC. | 14,995.21 | 0.00 | 0.00 |
| 5 | Asset Acceptance, LLC | 98.89 | 0.00 | 0.00 |
| 6U-2 | MB Financial Bank, N.A., as successor-in-interest | 755,593.69 | 0.00 | 0.00 |
| 7 | Ford Motor Credit | 1,829,161.32 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 11,075.33 | 0.00 | 0.00 |
| 11 | Automobile Mechanics Local 701 Pension Fund | 1,078,813.00 | 0.00 | 0.00 |
| 12 | Edward Joseph Buivis, III | 36,901.67 | 0.00 | 0.00 |

|  |  |
|---:|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ -1,911.72 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -1,911.72

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -1,911.72

**UST Form 101-7-TFR (05/1/2011)**