# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: MEARS, DAVID GEORGE § | Case No. 10-16088 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at _10:00 on 12/13/12_ in Courtroom 742 United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/25/2012        By: /s/CHARLES J. MYLER
                                      Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MEARS, DAVID GEORGE            § Case No. 10-16088
                                      §
                                      §
                                      §
Debtor(s)                             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   470,222.09 |
| *and approved disbursements of* | $    10,884.76 |
| *leaving a balance on hand of* [1] | $   459,337.33 |

**Balance on hand:**                       $   459,337.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4-2 | IRS | 158,061.52 | 158,061.52 | 0.00 | 157,493.60 |
| 6S-2 | MB Financial Bank, N.A., as successor-in-interest | 3,100,000.00 | 0.00 | 0.00 | 0.00 |
| 8S | Illinois Department of Revenue | 202,522.00 | 202,522.00 | 0.00 | 201,794.33 |

Total to be paid to secured creditors:   $   359,287.93
Remaining balance:                        $   100,049.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 26,761.10 | 0.00 | 26,761.10 |
| Trustee, Expenses - Charles J. Myler | 628.36 | 0.00 | 628.36 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 25,350.00 | 0.00 | 25,350.00 |
| Other Fees: Michael P. Kelleher | 1,755.00 | 0.00 | 1,755.00 |

Total to be paid for chapter 7 administration expenses:   $   54,494.46
Remaining balance:                                         $   45,554.94

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Springer, Brown, Covey, Gaertner & Davis | 44,163.50 | 0.00 | 44,163.50 |
| Attorney for D-I-P Expenses - Springer, Brown, Covey, Gaertner & Davis | 741.44 | 0.00 | 741.44 |
| Other Expenses: US Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for prior chapter administrative expenses:   $   45,554.94
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $644,028.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 78,008.39 | 0.00 | 0.00 |
| 4-2A | Internal Revenue Service | 566,019.71 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,810,373.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Edward Joseph Buivis, III | 0.00 | 0.00 | 0.00 |
| 2 | Midwest Bank and Trust | 83,734.47 | 0.00 | 0.00 |
| 3 | National Capital Management, LLC. | 14,995.21 | 0.00 | 0.00 |
| 5 | Asset Acceptance, LLC | 98.89 | 0.00 | 0.00 |
| 6U-2 | MB Financial Bank, N.A., as successor-in-interest | 755,593.69 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 7 | Ford Motor Credit | 1,829,161.32 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 11,075.33 | 0.00 | 0.00 |
| 11 | Automobile Mechanics Local 701 Pension Fund | 1,078,813.00 | 0.00 | 0.00 |
| 12 | Edward Joseph Buivis, III | 36,901.67 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
David George Mears  
    Debtor

Case No. 10-16088-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 3     Date Rcvd: Nov 05, 2012  
                       Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2012.

```
db            #+David George Mears,    33W741 Mare Barn Lane,    Wayne, IL 60184-2020
15403181      +Associate Area Counsel, SB/SE,    Internal Revenue Service,    200 W. Adams St., St. 2300,
               Chicago, IL 60606-5231
17629005      +Automobile Mechanics Local 701 Pension Fund,    c/o Gregory W. Hose, Arnold and Kadjan,
               203 N. LaSalle Street, Suite 1650,    Chicago, IL 60601-1257
15403183      +Community Bank of Wheaton,    100 N. Wheaton Ave.,    Wheaton, IL 60187-5122
15403184      +D. Patrick Mullarkey,    Tax Division,    P.O. 55, Ben Franklin Station,
               Washington, DC 20044-0055
15474997      +Edward Joseph Buivis, III,    8 Sedgewood Court,    Algonquin, IL 60102-6068
15403186      +Ford Motor Credit,    Gregory Lacey,    Dykema Gossett PLLC,    10 S Wacker Drive, Ste 2300,
               Chicago, IL 60606-7439
15403187      +Greg Lacey,    Dykema Gossett,    10 S. Wacker Dr., St. 2300,    Chicago, IL 60606-7439
15403188     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60602)
16213091       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15403189      +Illinois Secretary of State Police,    110 E. Adams,    Springfield, IL 62701-1109
15403192      +John Moroni,    1605 Midwest Club Parkway,    Oak Brook, IL 60523-2522
15403193      +L. Steven Platt,    Arnold and Kadjan,    19 W. Jackson Blvd.,    Chicago, IL 60604-3926
15403182      +MB Financial Bank N.A. as,    successor in interest to Broadway Bank,
               One Pierce Place, Suite 150C,    Itasca, IL 60143-2692
17478249      +MB Financial Bank, N.A.,    c/o David D. Ferguson,    Polsinelli Shughart PC,
               700 W. 47th Street, Suite 1000,    Kansas City, MO 64112-1805
17503705      +MB Financial Bank, N.A., as successor-in-interest,    to Broadway Bank,    c/o David D. Ferguson,
               Polsinelli Shughart PC,    700 W. 47th Street, Suite 1000,    Kansas City, MO 64112-1805
15403194       Martin Tasch,    Lebow, Malecki and Tasch,    1200 Jorie Blvd., St. 329,    Oak Brook, IL 60523
15403195      +Mechanics Local 701,    500 W. Plainfiled Rd.,    Countryside, IL 60525-3582
15403196      +Midwest Bank and Trust,    Lebow Malecki & Tasch LLC,    903 Commerce Dr. - Ste 160,
               Oak Brook, IL 60523-8830
17296941      +Springer Brown Covey Gaertner and Davis,    400 S. County Farm rd., St. 330,
               Wheaton, Ill 60187-4547
15403197      +Sue Moroni,    1605 Midwest Club Parkway,    Oak Brook, IL 60523-2522
15403198      +United States Attorney,    219. S. Dearborn St.,    Chicago, IL 60604-1708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15776056      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 06 2012 02:14:20     Asset Acceptance, LLC,
               assignee AT&T,    PO Box 2036,    Warren, MI 48090-2036
15403190       E-mail/Text: cio.bncmail@irs.gov Nov 06 2012 02:06:06     Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
15403191       E-mail/Text: cio.bncmail@irs.gov Nov 06 2012 02:06:06     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
15671779      +E-mail/Text: bknotice@ncmllc.com Nov 06 2012 02:10:12     National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
17184450      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 06 2012 04:13:31     Office of the U.S. Trustee,
               219 South Dearoorn St.,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty             Myler, Ruddy & McTavish
15403185     ##+Elmhurst Lincoln Mercury,    150 W. Grand Ave.,    Elmhurst, IL 60126-1135
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ahamilton            Page 2 of 3               Date Rcvd: Nov 05, 2012
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: ahamilton             Page 3 of 3              Date Rcvd: Nov 05, 2012
                               Form ID: pdf006             Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2012 at the address(es) listed below:
              Brian W Norkett    on behalf of Creditor Martin Felt aduncan@bullarocarton.com,
               bnorkett@bullarocarton.com
              Charles J Myler    cmyler@mrmlaw.com,    IL57@ecfcbis.com;kmyler@mrmlaw.com
              Charles J Myler    on behalf of Trustee Charles Myler cmyler@mrmlaw.com,   kmyler@mrmlaw.com
              Charles J. Muhl    on behalf of Creditor   National Labor Relations Board charles.muhl@nlrb.gov
              David D Ferguson    on behalf of Creditor   MB Financial Bank, N.A. dferguson@polsinelli.com,
               tbackus@polsinelli.com;kvervoort@polsinelli.com;docket@polsinelli.com;smagdziak@polsinelli.com;mt
               amburini@polsinelli.com
              Gregory L Lacey    on behalf of Plaintiff   Ford Motor Credit Company LLC glacey@dykema.com,
               dgary@dykema.com
              Jeffrey A Krol    on behalf of Creditor   Automobile Mechanics' Local No. 701 Union and Industry
               Pension Fund jeffkrol@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Automobile Mechanics' Local No. 701 Union and Industry
               Pension Fund mallon@johnsonkrol.com,
               gonzalez@johnsonkrol.com;foderaro@johnsonkrol.com;jessica@johnsonkrol.com
              Joshua D Greene    on behalf of Debtor David Mears jgreene@springerbrown.com,
               sellis@springerbrown.com
              Maria A Diakoumakis    on behalf of Creditor   Ford Motor Credit Company LLC
               mdiakoumakis@dykema.com,    DocketCH@dykema.com
              Martin D. Tasch    on behalf of Creditor   Midwest Bank And Trust Company mtasch@taschlaw.com
              Michael J. Davis    on behalf of Debtor David Mears mdavis@springerbrown.com,   davislaw80@gmail.com
              Michael P Kelleher    on behalf of Trustee Charles Myler mkelleherlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Charles Myler rglarsen@mrmlaw.com
              William P Callinan    on behalf of Creditor   Automobile Mechanics' Local No. 701 Union and
               Industry Pension Fund william@johnsonkrol.com
                                                                                              TOTAL: 16
```