**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MEARS, DAVID GEORGE § Case No. 10-16088
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,519,250.00 *(without deducting any secured claims)* | Assets Exempt: $19,350.00 |
| Total Distribution to Claimants: $357,376.21 | Claims Discharged Without Payment: $4,604,401.68 |
| Total Expenses of Administration: $112,845.88 | |

    3) Total gross receipts of $ 470,222.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $470,222.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,575,000.00 | $3,460,583.52 | $360,583.52 | $357,376.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 67,290.94 | 67,290.94 | 67,290.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 45,554.94 | 45,554.94 | 45,554.94 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 644,028.10 | 644,028.10 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 150,000.00 | 3,851,343.06 | 3,810,373.58 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,725,000.00 | $8,068,800.56 | $4,927,831.08 | $470,222.09 |

    4) This case was originally filed under Chapter 7 on April 12, 2010. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2013     By: /s/CHARLES J. MYLER
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest in 300 acres Ogle County, | 1110-000 | 406,539.50 |
| 7 jade sculptures | 1129-000 | 620.25 |
| Guns | 1129-000 | 3,059.34 |
| 1941 Lincoln | 1129-000 | 60,000.00 |
| 1989 Ford Scorpio | 1129-000 | 1.00 |
| 1979 Ford Pickup | 1129-000 | 1.00 |
| 1986 Ford van | 1129-000 | 1.00 |
| **TOTAL GROSS RECEIPTS** | | **$470,222.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -2 | IRS | 4300-000 | N/A | 158,061.52 | 158,061.52 | 156,655.60 |
| 6S-2 | MB Financial Bank, N.A., as successor-in-interest | 4110-000 | 3,500,000.00 | 3,100,000.00 | 0.00 | 0.00 |
| 8S | Illinois Department of Revenue | 4110-000 | N/A | 202,522.00 | 202,522.00 | 200,720.61 |
| NOTFILED | Community Bank of Wheaton | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,575,000.00** | **$3,460,583.52** | **$360,583.52** | **$357,376.21** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 26,761.10 | 26,761.10 | 26,761.10 |
| Charles J. Myler | 2200-000 | N/A | 628.36 | 628.36 | 628.36 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 25,350.00 | 25,350.00 | 25,350.00 |
| Michael P. Kelleher | 3210-600 | N/A | 1,755.00 | 1,755.00 | 1,755.00 |
| ARC Appraisals | 3711-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 396.88 | 396.88 | 396.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 952.74 | 952.74 | 952.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 919.10 | 919.10 | 919.10 |
| Almburg Auctioneering & Appraisal Inc. | 3620-000 | N/A | 3,474.88 | 3,474.88 | 3,474.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,044.39 | 1,044.39 | 1,044.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 914.43 | 914.43 | 914.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,007.99 | 1,007.99 | 1,007.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 974.35 | 974.35 | 974.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 878.31 | 878.31 | 878.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,033.41 | 1,033.41 | 1,033.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $67,290.94 | $67,290.94 | $67,290.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Springer, Brown, Covey, Gaertner & Davis | 6220-170 | N/A | 741.44 | 741.44 | 741.44 |
| US Trustee | 6990-000 | N/A | 650.00 | 650.00 | 650.00 |
| Springer, Brown, Covey, Gaertner & Davis | 6210-160 | N/A | 44,163.50 | 44,163.50 | 44,163.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $45,554.94 | $45,554.94 | $45,554.94 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Illinois Department of Revenue | 5800-000 | N/A | 78,008.39 | 78,008.39 | 0.00 |
| 4-2A | Internal Revenue Service | 5800-000 | N/A | 566,019.71 | 566,019.71 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$644,028.10** | **$644,028.10** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Edward Joseph Buivis, III | 7100-000 | N/A | 40,969.48 | 0.00 | 0.00 |
| 2 | Midwest Bank and Trust | 7100-000 | N/A | 83,734.47 | 83,734.47 | 0.00 |
| 3 | National Capital Management, LLC. | 7100-000 | N/A | 14,995.21 | 14,995.21 | 0.00 |
| 5 | Asset Acceptance, LLC | 7100-000 | N/A | 98.89 | 98.89 | 0.00 |
| 6U-2 | MB Financial Bank, N.A., as successor-in-interest | 7100-000 | N/A | 755,593.69 | 755,593.69 | 0.00 |
| 7 | Ford Motor Credit | 7100-000 | N/A | 1,829,161.32 | 1,829,161.32 | 0.00 |
| 8U | Illinois Department of Revenue | 7100-000 | N/A | 11,075.33 | 11,075.33 | 0.00 |
| 11 | Automobile Mechanics Local 701 Pension Fund | 7100-000 | N/A | 1,078,813.00 | 1,078,813.00 | 0.00 |
| 12 | Edward Joseph Buivis, III | 7100-000 | N/A | 36,901.67 | 36,901.67 | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$150,000.00** | **$3,851,343.06** | **$3,810,373.58** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 1/2 interest in 300 acres Ogle County,<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 600,000.00 | 525,000.00 |  | 406,539.50 | FA |
| 2 | 1/2 Interest in 4 acres in Wayne,<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200,000.00 | 200,000.00 | DA | 0.00 | FA |
| 3 | 33W741 Mare Barn Lane, Wayne, Ill. 60184<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,800,000.00 | 2,785,000.00 | DA | 0.00 | FA |
| 4 | 150 W. Grand Ave., Elmhurst, Ill.<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Bank St. Charles, Ill.<br>  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 5 bedrooms, living room, dining room, family roo<br>  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 3,600.00 | 1,600.00 | DA | 0.00 | FA |
| 7 | Steinway Grand Piano<br>  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois<br>Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 8 | Wedding ring<br>  Orig. Asset Memo: Imported from Amended Doc#: | 800.00 | 800.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | | | | | |
| 9 | 7 jade sculptures  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 100,000.00 | 100,000.00 | | 620.25 | FA |
| 10 | Personal clothing  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 350.00 | 0.00 | DA | 0.00 | FA |
| 11 | Guns  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 25,000.00 | 25,000.00 | | 3,059.34 | FA |
| 12 | 10% ownership interest in Elmhurst Lincoln Mercu  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Mercury  Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 14  100% ownership interest in Bright Ikeasing<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 0.00 | 0.00 | DA | 0.00 | FA |
| 15  Elmhurst Lincoln Mercury<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 3,000,000.00 | 3,000,000.00 | DA | 0.00 | FA |
| 16  Beneficial Interest in Upland Hunt Club, Ogle Co<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 17  10% ownership interest in Lincoln Mercury Franch<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 18  1941 Lincoln<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 19  1941 Lincoln<br>    Orig. Asset Memo: Imported from Amended Doc#:<br>22; Original asset description: First Mortgage<br>1/2 interest in 300 acres Ogle County,<br>Illinois<br>Value $ 600000; Imported from Amended Doc#: 22;<br>Original asset description: International Cub Tractor | 75,000.00 | 75,000.00 |  | 60,000.00 | FA |
| 20  1983 Lincoln<br>    Orig. Asset Memo: Imported from Amended Doc#: | 3,000.00 | 3,000.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | | | | | |
| 21  1989 Ford Scorpio<br>Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 3,000.00 | 3,000.00 | | 1.00 | FA |
| 22  1979 Ford Pickup<br>Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 600.00 | 600.00 | | 1.00 | FA |
| 23  1986 Ford van<br>Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000; Imported from Amended Doc#: 22; Original asset description: International Cub Tractor | 1,500.00 | 1,500.00 | | 1.00 | FA |
| 24  International Cub Tractor<br>Orig. Asset Memo: Imported from Amended Doc#: 22; Original asset description: First Mortgage 1/2 interest in 300 acres Ogle County, Illinois Value $ 600000 | 500.00 | 500.00 | DA | 0.00 | FA |
| 24  Assets  Totals (Excluding unknown values) | $10,324,350.00 | $6,730,000.00 | | $470,222.09 | $0.00 |

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-16088  
**Case Name:** MEARS, DAVID GEORGE  

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 04/05/11 (c)  
**§341(a) Meeting Date:** 05/09/11  
**Claims Bar Date:** 08/10/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Final report mailed to US Trustee 9/25/12

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 10-16088 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** MEARS, DAVID GEORGE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****778465 - Checking Account |
| **Taxpayer ID #:** **-***3011 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/13/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/13/2013 12:51 PM    V.13.11

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-16088 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | MEARS, DAVID GEORGE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-65 - Checking Account |
| Taxpayer ID #: | **-***3011 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/12 | {1} | Chicago Title & Trust Co. | Sale of Ogle County property | 1110-000 | 406,539.50 | | 406,539.50 |
| 02/20/12 | 1001 | ARC Appraisals | Appraisal of Ogle County property | 3711-000 | | 1,200.00 | 405,339.50 |
| 02/23/12 | {19} | Friendly Ford, Inc. | Sale of 1941 Lincoln | 1129-000 | 60,000.00 | | 465,339.50 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 396.88 | 464,942.62 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 952.74 | 463,989.88 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 919.10 | 463,070.78 |
| 05/21/12 | | Almburg Auctioneering & Appraisal Inc | Proceeds of auction sales of 3 vehicles and gun collection | | 3,062.34 | | 466,133.12 |
| | {21} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {22} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {23} | | 1.00 | 1129-000 | | | 466,133.12 |
| | {11} | | 3,059.34 | 1129-000 | | | 466,133.12 |
| 05/21/12 | 1002 | Almburg Auctioneering & Appraisal Inc. | Expenses in sale of 1941 Lincoln | 3620-000 | | 3,474.88 | 462,658.24 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,044.39 | 461,613.85 |
| 06/27/12 | {9} | Bunte Auction Services, Inc. | Sale of 2 lots of jade collection | 1129-000 | 456.25 | | 462,070.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 914.43 | 461,155.67 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,007.99 | 460,147.68 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 974.35 | 459,173.33 |
| 09/17/12 | {9} | Almburg Auctioneering & Advertising, Inc. | Sale of remaining jade | 1129-000 | 164.00 | | 459,337.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 878.31 | 458,459.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,033.41 | 457,425.61 |
| 12/13/12 | 1003 | US Trustee | Dividend paid 100.00% on $650.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 650.00 | 456,775.61 |
| 12/13/12 | 1004 | Springer, Brown, Covey, Gaertner & Davis | Dividend paid 100.00% on $44,163.50, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 44,163.50 | 412,612.11 |
| 12/13/12 | 1005 | CHARLES J. MYLER | Dividend paid 100.00% on $26,761.10, Trustee Compensation;  Reference: | 2100-000 | | 26,761.10 | 385,851.01 |
| 12/13/12 | 1006 | Charles J. Myler | Dividend paid 100.00% on $628.36, Trustee Expenses;  Reference: | 2200-000 | | 628.36 | 385,222.65 |
| 12/13/12 | 1007 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $25,350.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 25,350.00 | 359,872.65 |
| 12/13/12 | 1008 | Michael P. Kelleher | Dividend paid 100.00% on $1,755.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 1,755.00 | 358,117.65 |

Subtotals :   $470,222.09   $112,104.44

{} Asset reference(s)

Printed: 03/13/2013 12:51 PM     V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-16088 | | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| Case Name: | MEARS, DAVID GEORGE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-65 - Checking Account |
| Taxpayer ID #: | **-***3011 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/13/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/12 | 1009 | Springer, Brown, Covey, Gaertner & Davis | Dividend paid 100.00% on $741.44, Attorney for D-I-P Expenses (Chapter 11); Reference: | 6220-170 | | 741.44 | 357,376.21 |
| 12/13/12 | 1010 | IRS | Dividend paid 99.11% on $158,061.52; Claim# 4 -2; Filed: $158,061.52; Reference: | 4300-000 | | 156,655.60 | 200,720.61 |
| 12/13/12 | 1011 | Illinois Department of Revenue | Dividend paid 99.11% on $202,522.00; Claim# 8S; Filed: $202,522.00; Reference: | 4110-000 | | 200,720.61 | 0.00 |
| | | | ACCOUNT TOTALS | | 470,222.09 | 470,222.09 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 470,222.09 | 470,222.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $470,222.09 | $470,222.09 | |

Net Receipts :       470,222.09

Net Estate :       $470,222.09

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ****778465 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******30-65 | 470,222.09 | 470,222.09 | 0.00 |
| | $470,222.09 | $470,222.09 | $0.00 |

{} Asset reference(s)

Printed: 03/13/2013 12:51 PM    V.13.11